JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEREZA MKHITARYAN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> NANCY A. BERRYHILL, ) <br> ACTING COMMISSIONER ) <br> OF SOCIAL SECURITY ) <br> ) <br> Defendant ) <br> _____) | CASE NO. 2:17-CV-04675-JPR <br><br> ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $4,248.72 subject to the terms of the stipulation.

Dated: August 7, 2018

*/s/ Jean Rosenbluth*
_____
JEAN P. ROSENBLUTH
U.S. Magistrate Judge

_____